UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIE HELENE CHARLAP,
Plaintiff,

V.

UNITED STATES POSTAL SERVICE

Defendant.

Civil Action Number: 3:20-cv-30137

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff in the above-entitled action, pursuant to the provisions of F.R.C.P. Rule 41(a)(1)(A)(i), hereby dismisses said action, WITHOUT PREJUDICE, and subject to re-filing as in accordance with 28 U.S.C. Section 2401 (b) and 39 C.F.R. 912.9(a).

Plaintiff,

By his Attorney,
/S/Stefani M. Field
BBO#656442
Gold, Albanese, Barletti & Locascio, L.L.C.
50 Congress Street-Suite 225
Boston, MA 02109
617-723-5118
617-367-8840 (fax)
steffylaw@aol.com

DATED:      11/24/2020